## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MILLER, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION |
| | ) FILE NO. 1:11-cv-00218-WSD |
| GGNSC ATLANTA, LLC, GGNSC ADMINISTRATIVE SERVICES, LLC, GGNSC CLINICAL SERVICES, LLC, GOLDEN GATE NATIONAL SENIOR CARE, LLC, GGNSC EQUITY HOLDINGS, LLC and GGNSC HOLDINGS, LLC, | ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Michael Miller, Plaintiff, and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice.

This 26 day of January, 2011.

WATKINS, LOURIE, ROLL & CHANCE, PC

BY: /s/
LANCE D. LOURIE
Georgia Bar No: 458520

Tower Place 200, Suite 1050
3348 Peachtree Road, NE
Atlanta, Georgia 30326
(404) 7670-7400         **ATTORNEYS FOR PLAINTIFF**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO. 1:11-cv-00218-WSD |
| GGNSC ATLANTA, LLC, GGNSC ) | |
| ADMINISTRATIVE SERVICES, ) | |
| LLC, GGNSC CLINICAL ) | |
| SERVICES, LLC, GOLDEN GATE ) | |
| NATIONAL SENIOR CARE, LLC, ) | |
| GGNSC EQUITY HOLDINGS, LLC and ) | |
| GGNSC HOLDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record in the foregoing matter with a copy of **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** upon Defendants by depositing same in the United States Postal Service with sufficient postage affixed thereon and addressed as follows:

David C. Marshall
Patricia M. Peters
HAWKINS PARNELL THACKSTON & YOUNG, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243

This \_\_26\_\_ day of January, 2011.

                                  WATKINS, LOURIE, ROLL & CHANCE, PC

                                  BY_____

                                  LANCE D. LOURIE

                                  Georgia Bar No: 458520

Tower Place 200, Suite 1050  
3348 Peachtree Road, NE  
Atlanta, Georgia 30326  
(404) 7670-7400                **ATTORNEYS FOR PLAINTIFF**

3